## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **JOSE R. RIVERA** : | |
|     **Plaintiff,** : | |
| : | |
|     v. : | C.A. No.: 1:23-cv-00418-MSM-PAS |
| : | |
| **PATRICIA A. COYNE-FAGUE,** *et al,* : | |
|     **Defendants.** : | |

### DEFENDANT JUSTIN BERK, M.D.'S MOTION TO DISMISS

NOW COMES the Defendant, Justin Berk, M.D., ("Dr. Berk" or "this defendant") and pursuant to Fed. R. Civ. P 12(b)(6), hereby moves this Honorable Court to dismiss Plaintiff's Complaint as it fails to state a claim upon which relief can be granted as to this defendant. As grounds therefore, Defendant Berk avers that the factual allegations contained in Plaintiff's Complaint fail to describe conduct amounting to deliberate indifference to a serious medical need and further fail to establish that Plaintiff was intentionally denied adequate medical care based on his membership in a protected class.

In further support of this motion, Defendant Berk relies upon the attached memorandum of law.

THIS MOTION IS FILED IN LIEU OF AN ANSWER.

[Space intentionally left blank]

**DEFENDANT,**
**JUSTIN BERK, M.D.,**

By his attorneys,

**TATE & LATHAM, LLC**

 /s/ Jeffrey G. Latham
Jeffrey G. Latham, Esquire (#6264)
Christine A. Stowell, Esquire (#7967)
40 Westminster Street, Suite 350
Providence, RI 02903
401.421.7400
jlatham@tatelawri.com
cstowell@tatelawri.com

## CERTIFICATION

I hereby certify that I filed the within document via the ECF filing system on this 7th day of February, 2024 and that a copy is available for viewing and downloading.

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 7th day of February, 2024 to the following:

*<u>Legal Mail</u>*
Jose Rivera, 129316
RI DOC – Medium
PO Box 8274
Cranston, RI  02920

   /s/ Jeffrey G. Latham