# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **JOSE RIVERA,** *pro se*<br>    *Plaintiff,*<br><br>v.<br><br>**PATRICIA A. COYNE-FAGUE;**<br>**WILLIAM A. DEVINE; JUSTIN BERK;**<br>**CAPTAIN KABBAS; CHRISTOPHER**<br>**SALAS; THERESE DOE; MELISSA**<br>**WALSH**<br>    *Defendants.* | C.A. 1:23-cv-00418-MSM-PAS |

## STATE DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S COMPLAINT

NOW COMES, Defendants, Patricia A. Coyne-Fague, in her individual and official capacities; William A. Devine, in his individual and official capacities; Albert Kabbas, in his individual and official capacities; Melissa Walsh, in her individual and official capacities; Justin Berk, in his official capacity only; and Christopher Salas, in his official capacity only, (hereinafter, "State Defendants"), and hereby move to dismiss the matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.[1] In support hereof, State Defendants rely on the accompanying memorandum of law.

WHEREFORE, State Defendants respectfully requests an Order of this Honorable Court dismissing Plaintiff's Complaint.

---

[1] On December 15, 2023, the Rhode Island Office of the Attorney General declined service for Defendant 'Theresea Doe', as Defendant's name was not properly identified. Additionally, Plaintiff lists 'Cory Fink' in the body of the Complaint. (*See* ECF No. 1 ¶7). However, Ms. Fink is not a named as a Defendant in Plaintiff's case caption nor on the case Docket. (*See* ECF No. 1 at page 1).

Respectfully submitted,

Patricia A. Coyne-Fague, in her individual and official capacities; William A. Devine, in his individual and official capacities; Albert Kabbas, in his individual and official capacities; Melissa Walsh, in her individual and official capacities; Justin Berk, in his official capacity only; and Christopher Salas, in his official capacity only

By their Attorney:

**PETER F. NERONHA**
**ATTORNEY GENERAL**

*/s/ Jasmin Anastacio*
Jasmin Anastacio (#10756)
Special Assistant Attorney General
150 South Main St. Providence, RI 02903
Tel: (401) 274-4400 | Fax: (401) 222-2995
Ext. 2087 | janastacio@riag.ri.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within document on this 13th day of March 2024 via the ECF filing system and that a copy is available for viewing and downloading and that the same has been mailed, via First Class Mail, postage pre-paid, to the following individual below.

Jose Rivera #129316
Medium Security Center
P.O. Box 8274
Cranston, RI 02920

*/s/ Jasmin Anastacio*